UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONROY CLOWN,<br><br>Defendant. | CR 22-30012<br><br>REDACTED INDICTMENT<br><br>THEFT FROM AN INDIAN TRIBAL ORGANIZATION<br><br>18 U.S.C. § 1163 |

The Grand Jury charges:

On or about between the 14th day of March, 2019, and the 5th day of July, 2019, in Eagle Butte, in Dewey County, in the District of South Dakota, the Defendant, Conroy Clown, did knowingly embezzle, steal and convert to his own use, assets belonging to the Cheyenne River Motel, an Indian tribal organization, in an amount greater than $1,000, in violation of 18 U.S.C. § 1163.

A TRUE BILL:

**NAME REDACTED**
Foreperson

DENNIS R. HOLMES
United States Attorney

By: _____